IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Glenda Lide, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Walmart Inc., and Wal-Mart Stores East, LP d/b/a Walmart Store No. 2703, | ) ) ) | |
| | ) | |
| Defendants. | | |

The defendants, Walmart Inc., and Wal-Mart Stores East, LP by and through the undersigned attorneys files the Notice of Removal of the above-entitled action from the Court of Common Pleas for Florence County, State of South Carolina, to the United States District Court for the District of South Carolina, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, on the following grounds:

1.     The above-entitled action was instituted by the plaintiff against the defendants, by service of a Summons and Complaint on November 8, 2022, and this action is now pending in the Court of Common Pleas for Florence County, State of South Carolina, being Civil Action No. 2022-CP-21-02274.

2.     At the time of the commencement of the action, the plaintiff, upon information and belief, was and still is a citizen and resident of the County of Florence, State of South Carolina.

3.     The defendant, Wal-Mart Stores East, LP, was at the time of the commencement of the action and still is a Delaware limited partnership with its principal place of

business in Arkansas. The partners of Wal-Mart Stores East, L.P. are WSE Management, LLC (general partner), and WSE Investment, LLC (limited partner). Both are Delaware limited liability companies with their principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Inc.

4.      The defendant, Walmart, Inc., was at the time of the commencement of the action and still is a publicly traded Delaware Corporation with its principal place of business in the State of Arkansas.

5.      This action is of a civil nature and involves a controversy that is wholly between citizens of different states and the value of the matter in dispute in said cause is believed to exceed the sum of Seventy-Five Thousand and 00/100ths ($75,000.00) Dollars, exclusive of interest and costs. In making this assessment, the undersigned counsel would state that the Complaint does not include any limitation on the prayer for damages. Additionally, the undersigned attorneys for the defendants made inquiry to plaintiff's counsel as to a possible stipulation with respect to the amount-in-controversy, and, at the time of this filing, plaintiff's counsel has not been able to agree to such a stipulation. Therefore, the defendants respectfully believe the jurisdictional threshold is established. Based on this information, said action, upon information and belief, is one over which the District Court of the United States has original jurisdiction.

6.      Defendants file together with this Notice a copy of all process, pleadings and orders served upon it in this action in compliance with Federal Rules of Civil Procedure 11.

7.      Defendants have provided a copy of the Notice of Removal to the Clerk of Court for Florence County.

8.      Defendants, pursuant to 28 U.S.C. §1446(d), shall promptly give written notice of removal to all adverse parties and shall file a copy of the Notice with the Clerk of Court, Florence County, South Carolina.

9.      Removing defendants are filing this Notice solely by reason of the requirements of 28 U.S.C. § 1446 and this Notice has been timely filed pursuant to 28 U.S.C. § 1446(b).

10.     Defendants reserve all defenses including, but not limited to, those under Federal Rule of Civil Procedure 12(b), and does not waive said defenses by the filing of this Notice to all adverse parties.

Respectfully submitted,

ROBINSON GRAY STEPP & LAFFITTE, L.L.C.


By:     S / J. Michael Montgomery
        Rebecca Laffitte (Fed I.D. No. 1036)
        rlaffitte@robinsongray.com
        J. Michael Montgomery (Fed I.D. No. 10290)
        mmontgomery@robinsongray.com
        Rachel M. Hutchens (Fed I.D. No. 12696)
        rhutchens@robinsongray.com
        Haley M. Saxby (Fed I.D. No. 13349)
        hsaxby@robinsongray.com
        2151 Pickens Street, Suite 500
        Post Office Box 11449
        Columbia, South Carolina 29211
        (803) 929-1400

Attorneys for Defendants, Walmart Inc. and Wal-Mart Stores East, L.P.

Columbia, South Carolina

December 8, 2022

3